### Appeal of COMMONWEALTH OF PENNSYLVANIA.

### JAMES REES & SONS CO. v. PITTSBURGH & CINCINNATI PACKET LINE.

(Circuit Court of Appeals, Third Circuit.   December 8, 1916.)

#### No. 2163.

Appeal from the District Court of the United States for the Western District of Pennsylvania; W. H. Seward Thomson, Judge.

Suit in equity by the James Rees & Sons Company against the Pittsburgh & Cincinnati Packet Line. From order of distribution, the Commonwealth of Pennsylvania appeals. Appeal dismissed.

Henry G. Wasson, of Pittsburgh, Pa., for appellant.

Charles G. McIlvain, W. R. Murphy, and McIlvain & Murphy, all of Pittsburgh, Pa., for appellee.

Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

McPHERSON, Circuit Judge. It is not necessary to discuss this appeal. The commonwealth concedes its claim to be inferior in rank to the liens that are referred to in Appeal of James Rees & Sons Co., 237 Fed. 555, —— C. C. A. ——, and as these are in excess of the fund for distribution there is no money to be applied to the claim now before us. We do not pass upon the merits,. therefore, but merely dismiss the appeal.